IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

RONDALL J. COUNTS, III,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

    Defendant.

Case No. 13-CV-608-GKF-FHM

## OPINION AND ORDER

Plaintiff is hereby directed to re-file his opening brief. The brief contained on the court's CM-ECF system is unreadable.

SO ORDERED this 16th day of September, 2014.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE